UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NINA ANDREWS | : | Civil Action No. 3:09-cv-00953-JMM |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action |
| | : | |
| SIMM ASSOCIATES, INC. | : | |
| | : | |
| Defendant | : | |

**STIPULATION OF DISMISSAL**

AND NOW, this 17th day of August, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff

Fineman Krekstein & Harris, P.C.

BY: _____
Richard J. Perr, Esquire
Attorney for Defendant